SEARS ECOLOGICAL APPLICATIONS CO., INC. and Sears Petroleum & Transport Corp., Appellants,

v.

David J. KAPPOS, Director, United States Patent And Trademark Office, Appellee.

No. 2011–1240.

United States Court of Appeals, Federal Circuit.

May 13, 2011.

William R. Hansen, Lathrop & Gage, LC, New York, NY, for Appellants.

Raymond T. Chen, Patent & Trademark Office, James J. Kelly, Oblon, Spivak, McClelland, Maier, Alexandria, VA, for Appellee.

### ON MOTION

### ORDER

Upon consideration of Sears Ecological Applications Co., Inc. and Sears Petroleum

& Transport Corp.'s motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.